Eric Slocum Sparks
Arizona State Bar No. 11726
LAW OFFICES OF ERIC SLOCUM SPARKS, P.C.
110 South Church Avenue #2270
Tucson, Arizona 85701-3031
Telephone (520) 623-8330
Facsimile (520) 623-9157

Attorney for Debtors

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: ) | |
| ) | |
| BRIAN K. BISSELL AND ) | No. 4:12-bk-00034-EWH |
| TRACY L. BISSELL, ) | |
| ) | |
| Debtors. ) | Chapter 11 |
| ) | |
| ) | **MOTION FOR VALUATION HEARING** |
| ) | |

COMES NOW, Brian K. Bissell and Tracy L. Bissell, Debtors, Debtors in possession ("Debtors"), by and through counsel undersigned, pursuant to Bankruptcy Rule 3012 and 11 U.S.C. §506(a) and hereby move this Court to set a hearing to determine valuation of the Debtors' real property as shown at **EXHIBIT A** attached hereto, and the property in which various creditors claim an interest. A valuation hearing is crucial in order for Debtors to determine the allowed amount of the creditors' interest in the Debtors' interest in the property securing claims of creditors listed on **EXHIBIT A**.

Debtors seek a hearing to determine value due to the fact that the Debtors are nearing completion for a Plan of Reorganization and Disclosure Statement and seek to treat a portion of some claims of the listed creditors as fully secured and others partially or wholly unsecured.

A separate hearing on valuation is required in order for the Debtors to be able to determine the amount of the creditors' interests in the Debtors' interest for purposes of the Plan of Reorganization.

//

//

1

WHEREFORE, Debtors respectfully request that this Honorable Court set this matter for hearing and issue such orders pertaining to declarations and testimony as the Court deems proper.

DATED February 6, 2012

LAW OFFICES OF
*ERIC SLOCUM SPARKS, P.C.*

/s/ Sparks #11726
Eric Slocum Sparks
Attorney for Debtors

COPIES of the foregoing
mailed/faxed/delivered
February 6, 2012 to:

UNITED STATES TRUSTEE
230 N. First Ave. #204
Phoenix, Arizona 85003

Robert J. Camp, Jr., Esq.
PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
San Diego, CA 92177
*Attorney/s for GMAC Mortgage, LLC*

David Applegate, President & CEO
GMAC Mortgage Corporate Headquarters
1100 Virginia Drive
Fort Washington, PA 19034

Sanjiv Das, President & CEO
CitiMortgage, Inc.
100 Technology Drive MS 314
O'Fallon, MO 63368

/s/ L. Anderson

EXHIBIT A

## PROPERTY VALUATION ANALYSIS: Bissell, Brian & Tracy 4:12-bk-00034-EWH

| Property Address | Mortgage Holder | Debtors' Opinion of Value | Creditor's Estimate of Debt |
|---|---|---|---|
| 2330 N. Tanque Verde Place<br>Tucson, AZ 85749 | i. CitiMortgage, Inc.<br>ii. GMAC Mortgage | $250,000.00 | $463,900.00<br>$139,000.00 |